UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH WRIGHT,

    Plaintiff(s),

v.                                                      CASE NO.  8:17-cv-891-T-26MAP

LARGO MEDICAL CENTER, INC.
and CAPIO PARTNERS, LLC,

    Defendant(s).
    _____/

**O R D E R**

    The Court has been advised by **[6] Notice of Pending Settlement** that the above-styled action has been settled as to Defendant **CAPIO PARTNERS, LLC**.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is, **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file as to Defendant Capio Partners, LLC .

    **DONE AND ORDERED** at Tampa, Florida, on April 21, 2017.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record