UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH WRIGHT,

    Plaintiff(s),

v.                                      CASE NO.  8:17-cv-891-T-26MAP

LARGO MEDICAL CENTER, INC.
and CAPIO PARTNERS, LLC,

    Defendant(s).
_____/

**O R D E R**

The Court has been advised by **[eight] Notice of Settlement** that the above-styled action has been settled as to Defendant **Largo Medical Center, Inc.**  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is, **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should them so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal will be with prejudice. The Defendant Capio Partners, Inc., having previously settled, the Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** this file.

    **DONE AND ORDERED** at Tampa, Florida, on May 1, 2017.

                                                        s/*Richard A. Lazzara*
                                                        **RICHARD A. LAZZARA**
                                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record